# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149788 & (25)(30)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MALCOM D. TYLER,
      Defendant-Appellant.

SC: 149788
COA: 321028
Wayne CC: 01-003512-FH

_____/

      On order of the Court, the application for leave to appeal the June 26, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion for default judgment are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



s0420

Clerk